DENNIS K. BURKE
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant United States Attorney
State Bar No. 003938
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

FILED
2010 JUL 28 P 3:58
RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

CR10-1859 TUC FRZ DTF

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>    v.<br><br>Raul Sosa-Bustos,<br><br>          Defendant. | **VICTIM CASE**<br><br>**INDICTMENT**<br><br>Violation:<br>18 U.S.C. 111(a)(1)<br>Assault on a Federal Officer |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about May 23, 2010, at or near Tucson in the District of Arizona, Raul Sosa-Bustos, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Corrections Officer Misia Hookland, an officer of the United States, while said officer was engaged in and on account of the performance of her official duties, that is Raul Sosa-Bustos threw a liquid at her hitting her in her chest and legs, an act constituting more than simple assault; in violation of Title 18, United States Code Sections 111(a)(1).

///
///

**COUNT TWO**

On or about May 23, 2010, at or near Tucson in the District of Arizona, Raul Sosa-Bustos, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Corrections Officer Louis Stewart, an officer of the United States, while said officer was engaged in and on account of the performance of his official duties, that is Raul Sosa-Bustos threw a liquid at him hitting him in his chest and legs, an act constituting more than simple assault; in violation of Title 18, United States Code Sections 111(a)(1).

DENNIS K. BURKE
United States Attorney
District of Arizona

_____
Assistant U.S. Attorney

JUL 2 8 2010

REDACTED FOR
PUBLIC DISCLOSURE

US v. Raul Sosa-Bustos

2