AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Raul Sosa-Bustos | ) Case No. 10-CR-1859-TUC-FRZ-DTF |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Raul Sosa-Bustos ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:111(a)(1) Assault on a Federal Officer (1-2)

Date:   07/29/2010

*Issuing officer's signature*

City and state:   Tucson, Arizona

Betty Cortez, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7·30·10 , and the person was arrested on *(date)* 10·28·10
at *(city and state)*

Arrested by FBI W/O Incident

Date:

*Arresting officer's signature*

*Printed name and title*