**LAW OFFICE OF RUDY VALENZUELA**
**RUDY VALENZUELA**
4075 S. Sixth Avenue
Tucson, Arizona 85714
Telephone: (520) 882-5655
Facsimile: (520) 882-5580
rudyvalens2@hotmail.com
Arizona State Bar No. 011750
Attorney for Defendant Sosa-Bustos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-1859-TUC-FRZ(DTF) |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S REQUESTED JURY INSTRUCTIONS** |
| RAUL SOSA-BUSTOS, | ) | |
| Defendant. | ) | |

Defendant Raul Sosa-Bustos, through undersigned counsel, hereby submits his proposed jury instructions. Mr. Sosa-Bustos requests the following Model Jury Instructions be given:

**Chapter One.  Preliminary Instructions**

1.1    Duty of Jury

1.2    The Charge:  Presumption of Innocence

1.3    What is Evidence

1.4    What is Not Evidence

1.5    Evidence for Limited Purpose

1.6    Direct and Circumstantial Evidence

1.7    Ruling on Objections

1.8    Credibility of Witnesses

1.9    Conduct of the Jury
1.10   No Transcript Available to Jury
1.11   Taking Notes
1.12   Outline of Trial
1.13   Jury to Be Guided by Official English Translation/Interpretation

**Chapter Two.  Instructions in the Course of Trial**
2.4    Stipulations of Fact
2.9    Foreign Language Testimony

**Chapter Three.  Instructions at End of Case**
3.1    Duties of Jury to Find Facts and Follow Law
3.2    Charge Against Defendant Not Evidence- Presumption of Evidence-Burden of Proof
3.3    Defendant's Decision Not to Testify (if applicable)
3.4    Defendant's Decision to Testify (if applicable)
3.5    Reasonable Doubt-Defined
3.6    What is Evidence
3.7    What is Not Evidence
3.8    Direct and Circumstantial Evidence
3.9    Credibility of Witnesses
3.10   Evidence of Other Acts of Defendant or Acts and Statements of Others
3.11   Activities Not Charged
3.12   Separate Consideration of Multiple Counts - Single Defendant
3.20   Jury to Be Guided by Official English Translation/Interpretation

**Chapter Four.  Consideration of Particular Evidence**

4.1    Statements by Defendant

4.3    Other Crimes, Wrongs or Acts of the Defendant

4.4    Character of Defendant (if applicable)


**Chapter Seven.  Jury Deliberations**

7.1    Duty to Deliberate

7.2    Consideration of Evidence

7.5    Verdict Form

7.6    Communication with Court


**Chapter Eight.  Offenses Under Other Titles**

8.3    Assault on a Federal Officer


Mr. Sosa-Bustos reserves the right to supplement his proposed Jury Instructions, specifically with a Theory of the Defense instruction, depending on the evidence presented at trial.


                    **RESPECTFULLY SUBMITTED this 4th day of March, 2011.**


                                        **LAW OFFICE OF RUDY VALENZUELA**


                                         s/ Rudy Valenzuela
                                         **RUDY VALENZUELA, ESQ.**

Copy sent to:

Roger Dokken, Esq.
US Attorney's Office
2 Renaissance Sq
40 N Central Ave., Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
roger.dokken@usdoj.gov