**LAW OFFICE OF RUDY VALENZUELA**
**RUDY VALENZUELA**
**4075 S. Sixth Avenue**
**Tucson, Arizona 85714**
**Telephone: (520) 882-5655**
**Facsimile: (520) 882-5580**
rudyvalens2@hotmail.com
**Arizona State Bar No. 011750**
**Attorney for Defendant SOSA-BUSTOS**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-1859-TUC-FRZ(DTF) |
| Plaintiff, | |
| v. | **DEFENDANT'S REQUESTED VOIR DIRE** |
| RAUL SOSA-BUSTOS, | |
| Defendant. | |

Defendant Raul Sosa-Bustos, by and through undersigned counsel, hereby respectfully submits the following requested voir dire questions:

1. Would you hold it against Mr. Sosa-Bustos if you learned that he had been living in this country illegally?

2. Does anyone on the panel know anything about cultural traditions of Hispanics, specifically a) the importance of food in culture and b) the way non-blood relatives call each other "family?"

3. Who believes that nervousness is a tall-tell sign that someone is doing something wrong?

4. Do any of you believe that it is someone's tough luck if he does not speak, write, or read English in this country?

5. Does anyone have very strong feelings either way about the "immigration situation"

1

in this country?

6. In a criminal case, should United States citizens have more legal rights than non-citizens?

7. Do you believe that a disproportionate number of crimes in this country are committed by Hispanics?

8. Do you know that a child born in the United States to two illegal alien parents is a United States citizen by birth?

9. Does anyone believe that a statement taken by a criminal suspect should always be recorded, barring exceptional circumstances?

10. Without knowing more, who is more believable: a member of law enforcement or a suspect in a criminal investigation?

**RESPECTFULLY SUBMITTED this 4th day of March, 2011.**

**LAW OFFICE OF RUDY VALENZUELA**

s/ Rudy Valenzuela
**RUDY VALENZUELA**

Copy sent to:

Roger Dokken, Esq.
US Attorney's Office
2 Renaissance Sq
40 N Central Ave., Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
roger.dokken@usdoj.gov