IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America<br>Plaintiff,<br><br>vs.<br><br>RAUL SOSA-BUSTOS,<br><br>Defendant. | Case No. CR-10-01859-TUC-FRZ(DTF) |

**ORDER RE: EXHIBITS**

IT IS HEREBY ORDERED that the exhibits marked and/or admitted in the above entitled case are to be returned to counsel/agents of record. Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals. Counsel are further directed to make the exhibits available for review by opposing counsel, as necessary, for appeal.

Returned Exhibits: 1, 2A, 3, 5, 7, & 8

_____
Government Attorney
Roger Dokken

Date Received: 3/8/11

Dated this 10th day of March, 2011

_____
Frank R. Zapata
United States Senior District Judge

Dokken, Valenzuela, FRZ