UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>RAUL SOSA-BUSTOS,  )<br>  )<br>  Defendant.  )<br>_____  ) | **VERDICT**<br><br>CASE NO.  CR-10-01859-TUC-FRZ |

WE THE JURY, FIND THE DEFENDANT, RAUL SOSA-BUSTOS

_Guilty_                **COUNT 1**
_____ of Assault on a Federal Officer or Employee as charged in
Count 1 of the Indictment.


_Guilty_                **COUNT 2**
_____ of Assault on a Federal Officer or Employee as charged in
Count 2 of the Indictment.


_18_                            _March 8, 2011_
_____      _____
**Presiding Juror's Number**           Date