UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
___✓ FILED      ___ LODGED
___ RECEIVED    ___ COPY

    MAR  8 2011

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

Court

EXHIBIT LIST

United States of America
PLAINTIFF
V.

Raul Sosa-Bustos
DEFENDANT

CASE NO. CR 10-01859-TUC-FRZ(DTF)

| PRESIDING JUDGE<br>Honorable Frank R. Zapata | COURTROOM DEPUTY<br>M. Michelle Majia | COURT REPORTER |
|---|---|---|
| HEARING/TRIAL DATE(S)<br><br>March 8, 2011 | PLAINTIFF ATTORNEY(S)<br><br>Roger Dokken | DEFENDANT ATTORNEY(S)<br>Rodolfo Valenzulea |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1. | | 3-8-11 | Photograph - Doorway to Block C |
| 2A. | | 3-8-11 | Photograph - Cell door 145 |
| 2B. | | | Photograph - Open Food Slot |
| 2C. | | | Photograph - Locked Food Slot |
| 3 | | 3-8-11 | Photograph - Food Cart |
| 4 | | | Photograph - Officer M. Hookland |
| 5. | | 3-8-11 | Photograph - Officer L. Stewart |
| 6. | | | Photograph - Raul Sosa-Bustos |
| 7. | | 3-8-11 | Photograph - Entrance to USP at Tucson |
| 8. | | 3-8-11 | Photograph - Food slot opening w/o box |